IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Sylvia Emiabata )
    Plaintiff )
)
) Case No. 3:17-0384
v. )
)
)
Farmers Insurance )
    Defendant )

## COMPLAINT

Sylvia Emiabata, plaintiff complains of defendant and for cause of action shows:

### DISCOVERY

Plaintiff intends to conduct discovery under level pursuant to the United States District court of Federal Rules and Civil Procedure and States Laws.

1. Plaintiff, Sylvia Emiabata is a citizen of Texas with dual citizen of Illinois.
2. Defendant is an insurance company. It is a corporate defendant that does insurance business; that is insures, renders it services within all the 48 States including Tennessee.
3. The incident/accident revolves on a claim or complaint that happened in the State of Tennessee around IH 40 in Dickson, TN.
4. This concerns Policy # 0045033381 with claim number: 3005591501 – 1 – 2 with Farmers Insurance regards accident of February 23, 2016.
5. Also on this jurisdictional plea; some of the causes of actions are badfaith dealings, breach of standard contract, tort of negligence, economic loss.
6. The amount in controversy or the amount sought exceeds the sum of Seventy five thousand dollars ($75,000).
7. Facts and Background: (a) On or about February 23 2016, plaintiff was travelling on IH 40 in Dickson TN when I was run off the road by a semi – tractor; which caused me to lose control. And the next thing we found ourselves in a ditch with prevailing increment weather. Plaintiff with the help of a good Samaritan, successfully called 911 where an ambulance took us to a hospital. At the hospital, the police met plaintiff and took

1

plaintiff statement including the third party who is a passenger. And this was subsequently reported to the defendant – Farmers Insurance Company.
(b) All effort to get defendant to settle this case fell in a deaf ear. Thus, defendant violated the covenant of goodfaith dealing, breached the insurance standard contract, failed to properly investigate the accident (inadequate investigation); undue delay, refused to defend and refused to make a reasonable settlement offer. And making unreasonable interpretation of plaintiff stated insurance policy.

Thus in this complaint, plaintiff is seeking both punitive, consequential, et al damages.

8. Sylvia Emiabata, plaintiff filed this complaint or petition due to defendant engaged in badfaith, Unfair/Denial of insurance claims, neglect, failure to pay settlements plaintiff deserves, Unreasonable delay, Wrongful interpretations of the insurance policy, et al
9. Plaintiff grounds for the complaint against defendant are also under Body injury and property damages, Uninsured/Underinsured motorist claims, Uninsured motorist damages.
10. (a) Plaintiff severally demanded since 2016 for defendant to pay on the above claim. Defendant till date refused or failed to pay on this claim.
(b) And defendant wrongly interpreting plaintiff insurance policy to favour them that has upper hand.
11. Plaintiff seeks against defendant that is plaintiff is herein seeking (I) Uncompensated Economic Damages: Medical expenses, Lost of wages, et al.
(ii) Non-economic Damages: Pain, suffering, Anxiety, et al.
12. Hence Plaintiff is seeking claims based on the Auto liability and Physical damage, Body injury and Property damage, Uninsured/Underinsured motorist claims, Uninsured motorist damages claims on defendant – Farmers Insurance for the sum of $250,000 (Two hundred and fifty thousand) dollars. This is also because plaintiff sustained permanent body damage.
13. PLAINTIFF RESERVES THE RIGHT TO AMEND, ADD TO THIS COMPLAINT. And or further itemized the damages.

**WHEREFORE,** the plaintiff respectfully asks the court to grant the following :
1. Award the sum of $250,000 against defendant.
2. The court also to grant applicable interest and cost.
3. And such other and further relief to which plaintiff may justly be entitled.

February 21, 2017

Respectfully submitted

Sylvia Emiabata
508 Evening Grosbeak Drive

Pflugerville TX 78660
Tel. (512)992-9998;
(512)791-2395

RECEIVED
IN CLERK'S OFFICE
FEB 23 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

Sylvia Emeabata
508 Evening Crossbeak Drive
Pflugerville TX 78660
Feb. 21, 2017

To: The Clerk of Court
US District Court
for the Middle District of Tennessee
Nashville Division

Enclosed for filing is my Complaints (3 copies) with its Summons and Application to file without fees. Please file accordingly.
Thank you

*Via Fedex Overnight:
785692003108

from: Sylvia Emeabata
Tel: (512)992-9998;
(512)791-2395



earthsmart
FedEx carbon-neutral envelope shipping

Express

ORIGIN ID:BSMA (512) 992-9998
SYLVIA EMIABATA
508 EVENING GROSBEAK DR
PFLUGERVILLE, TX 78660
UNITED STATES US

SHIP DATE: 22FEB17
ACTWGT: 0.30 LB
CAD: 006994559/SSFE1722

BILL CREDIT CARD

TO CLERK
US DISTRICT COURT
800 US COURTHOUSE

NASHVILLE TN 37203
(512) 992-9998  REF:
INV:
PO:  DEPT:



FedEx Express

THU – 23 FEB 3:00P
TRK# 7856 9200 3108  STANDARD OVERNIGHT
0201

XH RNCA  37203
TN-US  BNA

RECEIVED
IN CLERK'S OFFICE
FEB 23 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

RT 328   1 16:00 A   3108 02.23
FZ

Align top of FedEx Express® shipping label here.

Align bottom of peel and stick airbill here.